CV-14-02500-PHX-JJT



5. I do not do business in Arizona and would be happy to not sell there.

8. It felt like I was being bullied since I had no warning at all and the Uspto suggests a 12 month time of warning and would never want a patent owner to act like this.

9. For 12 or more months before Fullips even launched is when we sold and explained and taught lip suction with muscle use suction. I was told by our lawyer friend in January 2014 that this type device like they were selling and what we were selling wasn't patentable, and the fullips lawyer has proof of this in an email. Their certified letters to me were rude so I didn't feel they were telling the truth and come to find out they weren't since their 2009 patent was abandoned and they didn't mention that when they said they had "patent pending since 2009" so I needed to stop selling. I have all this in emails from their lawyer in 2013. After my lawyer friend (who I signed a release with but didn't hire) told me about it not being patentable and advised that I just sell our invention; I never spoke with him or another lawyer again until my office action came back in October 2014. Then at that time he said their patent had truly issued. That week on my own; I removed convos on Instagram that were about their product at that time unsure what I could say and not knowing about how my own patent would work out. I was given 6 months to complete my claims in a correct format.

10. yes after no warning at all the income for our family was taken away November 4th due to Etsy legal policy that states you cannot warn about these type actions. I asked them why they didn't warn me in emails with the legal team. If you call that advised. I call that bullying. I do not feel I am infringing on a plastic cap like theirs. Especially after reading their patent. I have many reasons.

11. I totally never knew about their application being public. My lawyer friend also told me in January that none of their stuff was public and he couldn't find anything in his system. I totally believed him and never even thought about it again. This is a false statement. I only received notice of my patent app being public not theirs. I never thought to look for theirs at all.

12. That is not true. My online pages are full of kind and only true words that encourage teens to plump carefully. I have no need to put anyone down. I have a totally different product, but when customers would show me videos of girls pulling out their lips and making marks with the plastic red device I would encourage them never to do that with our clay tools. Instagram is the only place my customers tag me in various videos and pics they find of fullips. And I answer their questions in ways I feel are helpful and beneficial only. I have said things like "I hope they are successful" referring to fullips selling their enhancer. I have never posted about them on my website. And if I have talked with a customer in a thread on facebook I would delete it when I remembered if it seemed negative. I do have twitter where obviously no one reads it, and I only posted what happened on Etsy there once and then deleted it due to not wanting it on my photo page section. I have two to five likes per facebook post maybe 10 if I'm sharing a new picture. And only in the last 6 months have I had more than 15 likes per post on Instagram. I have no other blogs or anywhere that I have posted anything about fullips. Only since they shut our income off and wouldn't return my emails to try to talk about this did I post what they were doing on my Etsy home page, a few posts on Facebook (with maybe 4 likes) and a few posts on Instagram explaining that I don't like bullying –mostly just having fun. I received many emails asking me

where my Etsy store went since I had many returning customers there since early this year of selling our clay tools and we have sold there over two years. I posted some FAQ's about this situation. All just to inform due to many questions and I am running a company for our family where people buy things and want to know what happens when they see my main shop empty of its product.

    A. This is out of context. The entire convo is not shown here and was more than likely deleted once I realized their patent issued. A lightweight cap that is taught by You Tubers and early fullips videos to pull the lips at random fast intervals so to make a quick plump; is in my opinion harmful to teens who follow and do what they see. I simply told my followers on Instagram to avoid this method. I had no big post about this and no issue other than to say don't use ours this way. My customers have thanked me for helping them and their teens know the safest method. They tell me this way we teach works better and actually works due to building muscle because of the weight of our tools just sitting there. We have always taught only letting the tool stick on after using muscles to get the slight suction and we say no sucking and no pulling at all. Their (fullips) first video was sucking and pulling out quickly. After a few months their next video showed letting it sit. I am glad but other popular girls on you tube are pulling out on the lips and and so I warn our people to not use ours that way.

    B. I was speaking of the Asian teen crowd (millions of girls who don't know about the safe way to use a plumper) that this Michelle Phan lady (has 2 million followers on you tube) was reaching with her video about how to use a fullips cap. I meant no harm nor did I post this anywhere other than my IG page to inform my customers to please not suck like this how she showed. None of our info or advice promotes pulling and sucking like that. I see it as a possible danger where teens may misuse. Please understand I have studied this for many years and I teach when I can. This post was also deleted when their patent issued due to the photo of their product being on my page. Again unsure what I should say and remembering I had posted a few things against but not to harm their device. If I wanted to harm their company I would have posted many more things than this. This was in response to a tag by a customer. To me this is my private convos and it's very disturbing that I am constantly followed by a company that makes lots of money and has the money to make plastic stuff. We want them to leave us alone and stop bullying us.

    C. A lightweight cap is easier to suck too hard. I began getting a crease when I used the ones we sold back in 2012. I knew I needed something different with a big rim and more weight but had no money to make it happen. After a couple of years and some advice from facial fitness expert Patricia Gorroway; I decided to change and once I changed to a heavier tool I have no creasing. I know some don't have any creasing with the fullips. At least one told me that, but I was experimenting like a teen would, every day, to see what would happen. For a year I tested it before we sold one cap. So yes I teach my customers what I experienced. I do not apologize for teaching them. Again I have not treated fullips unfairly. Most people need to know about CPVC due to some people thinking it causes allergic reactions. I mentioned it due to questions I used to get about CPVC. Again this was a private convo between a customer and usually was deleted within a few days.

13. Yes I like to see competition even if they (my customers) like fullips better. I want to hear if my research is correct before I spread it too much. Patricia Gorroway stated in an email to me that the puckering into a small hole could cause lines over time. I was concerned also that if that was the only design that this issue may arise especially without careful use. She is an aquaintance and I took her facial fitness course. I decided right then after that email in the Fall of 2012 to develop another product better than the shape of a cap. I did as I had time and money, but I never had time to adjust my patent much until now. We are working on it now.

    A. Just something to say like a tv commercial says…see which one is better Pepsi or Coke. Just a fun contest I wrote this to one customer responding on Instagram. This was deleted once I heard about their patent due to the photo of their product on my page. Why can I not tell people to try their product? Wouldn't that help them?

    B. Trying to hear from people is all, with no major post here. Just a note to my followers maybe 30 at the time who actually read the posts. This is not a big number of people. I talk to the same exact people every day on Instagram it seems like. If they decided they liked the plastic better is fine with me--I always refund and that is policy from day one.

14. Again I do not post this but maybe did a long time ago in the policy section of our facebook page after I asked the Lawyer sending me certified letters to tell me or show me about their patent pending and then I would have proof. In the email he said, show us yours first. I said no. I didn't hear from him for two months. I posted in one paragraph in the hidden section on facebook something about this and forgot about it – it said that I was aware of a company copying our idea and they had not given me proof yet that they hadn't. They then said that their patent was pending since 2009 and I needed to stop selling. Once they told me and showed me their papers; I removed the comment and haven't said anything since about copying other than if you're seeing the comment in point A.)… I was thinking of that they copied my fitness idea on their website I saw once. It said "Keep your lips fit all summer with our tools or device" and was a big ad on the page. I thought that was a copy. Their video that came out after their first one where they pulled the lips with their cap; showed our technique of just having it sit and be patient –I thought that was a copy so I suggested they do copy what I put on my facebook page and videos but never even specified. This was in a private convo and not a big issue nor a big post to tons of people. I have recently stated that they copy our idea to call their device a "tool" and this term is in our provisional patent that was accepted as attached to our non-provisional and is from our provisional accepted two weeks after their utility was filed. They not only copy but say false things about us like they are the only tool to suction like this on the market. This is stated on their facebook page or website. The way it is worded is misleading. I have a copy of it. They tell people are patent was rejected, and I have proof of this in an email from a customer who copied their convo to them to give to me because she felt it was a lie. They said in that note also that all their designs are protected by their Utility app and this is not true. They say some claims are pending and I am thinking they are trying to copy our claims if we don't get them published so is their reason to bully us.

    A. I figured one day I would warn them like I state on my website (bottom of the page is my policy) and see if they would stop copying my ideas. My legal action is to warn people and notify the

USPTO as I have read was good policy. I don't sue someone who is just copying unless they start making clay art just like me and then I might have to do something within 12 months so that my art is protected further. Them taking down my main source of income with no warning is cause for a law suit but even that I was not sure what I would do. I can adjust and change my store no problem. Many people have told me to counter sue but we have no need for their money; however having to do all this answering and fly to Arizona possibly and get lawyers is very expensive for us a family with no income other than our tools we make. This is a big trouble to us and we're just trying to enjoy our business and children.

B. Yes I did realize that. A lot? Well that's just a term. Who saw that note? My friend I was writing? I was also referring to when we sold caps that were for breast cancer patients then they also were running a campaign. I will have to look at my notes. I can not remember what I meant by a lot. It was just a note to a customer or friend. I have friends and cousins who take up my offense and don't like some things they see and openly tell me on my page. I try to keep the gossip down and almost delete every time. Some of the "a lot" is listed in the paragraph #14 above.

C. I explained this above. Their first video was all pulling out the lips quick pulls to make fullness and then a few months later I saw another concept totally different on their next video. I thought it was a copy situation. Again I had been making videos long before they even sold. They are on my youtube channel. I also accidentally deleted some explaining my ideas-- they were iphone videos-- where I talked about our idea and that was before I knew you could just make them non-public, with no you tube experience being my problem. That was soon after my provisional was accepted that I made those first videos.

15. Yes I make and sell our designs and no I don't make disparaging statements at all unless you are referring to how I explained how fullips shut down my store without notice. I am very careful to be kind but to the point. I am unaffected by bullying. I explain only due to being asked by my customers. I do not control their comments nor do I have time to remember to delete them all. We have no big following for sure.

16. I deceive no one about this product I sell nor do I deceive about their product. I am very open and honest.

17. I only state facts from past experience of selling plastic caps and using them several years before I switched to resin and clay. This is not true what is stated by the fullips people here in number 17. I have a picture on facebook of what the cap I sold did to my skin above my lips and thought my customers would want to know as they did their research. There are tons of people in the world and our page has only a few visitors each day. Our customers were saying they would just use a bottle cap to save money and I told them it may not be the best long term. This is from my experience as a lip suction tool developer and a facial fitness global certified instructor. Remember we sold this first and have many more years studying this than fullips. However I do see she started her prototypes 9 years ago which makes her patent a little on the illegal side. I am researching this and the judge needs to know about patent laws to understand that she should not have introduced her product before 2011 May if she is to

get a legal patent. I have copies of things online that prove she did in fact introduce it before that date and I will present this to USPTO if they continue with this law suit.

18. We don't have $6,000. We care for and feed our 7 kids ages 7-17. We pay for some things for our 18 year old also. We own a lake cabin with no AC or heat. We have rented it out for 3 years and there is no equity hardly at all in it. Our cars are from before 2000 and are in bad shape. We have no money like this rich family.

20. No one sells for us right now except a friend who consigns our tools. These ones listed online are girls who asked about it early on, and we have not updated our website much as one can easily see. I updated this page info on facebook recently. Yes I market our product and no I do not have the belief that we are infringing on a plastic cap especially after reading their patent this week. Our tool feels different, uses different methods to make it work such as muscle use only which is in our patent claims. Each one is unique with never the same inside shape due to hand-pressed clay always making a different inside. We teach to put your lips on the rim for the best muscle growth. They teach to allow the lips to go inside. Ours uses the tongue to hold the suction with muscles from the cheeks and lips. They teach the drawing of air into the mouth as the function that works. Of course we taught suction in the past because we never knew we were infringing or would be. Now we see this bullying tactic and it's not nice. We are still selling until the judge tells me I'm infringing on plastic. I will agree to his issue if he does. They are infringing on my idea by putting a heart shape into their patent. Was it added after we sold ours? They are infringing on me by making me stop selling my copyrighted art. How does clay that we make in our garage infringe on plastic made in a factory? How did the USPTO eliminate everyone and agree to the closing down of even homemade clay tools that stick on the lips, even if they are used different ways? They are heavier and are used for facial toning. Theirs are not. How did coke make a drink similar to Pepsi? With lots of lawyers to figure out the difference? A small home business making functional art should not be treated like we are being treated by fullips and be made to spend money on lawyers. They have for months infringed by using our name in their tag on Amazon.com.

21. I do not believe I am infringing due to many things I have figured out. I sold this 12 months or more before them. I have different claims also.

25. I have caused no damage to them with only $200 average we make selling these every day and some of that goes to packaging and of course our labor. We have rarely made more than that and only when a big blogger does a video review do we make more for a week or two. This income supports our entire family since I could not sell these without Andy being here to help. Our health insurance alone will cost us way too much next year and we do not at this time use government assistance and only ever have with hospital baby deliveries. They in fact have caused us much damage and my children to worry.

26. By selling clay? I disagree.

   E. Well yes wouldn't it be nice to charge everyone the attorney's fees. We have no money to pay these fines. I would like to avoid sueing them just because I don't want nor need their money.

29. This is a false statement. I deny it. I have no reason to compete unfair with a plastic device.

30. I have done no such thing. If you have a product that is good you don't accuse someone of this type stuff.

31. This is not true. I disagree. I only post pics as a marketing and competing way with other lip suction options.

32. I post no such things online nor do I talk bad about this company fullips. I deny this. I post what they are doing now and that is all. I love people and care about their family. I am sorry to hear their child died as mine also did.

33. I deny this statement. I have no reason to act this way. I only post stuff to help people notice our new designs and colors and how our designs help their lips and face. This is the theme of my facebook, happy and fun, and I do not even think about fullips unless someone asks me in an email or post.

34. How could this be? If you have a good product you don't lose sales because of someone with 2,000+ orders in 2 years. We are barely making a living.

A. I do not false advertise.

C. I have no money to pay them.

37. I do not do this and I don't live in Arizona.

38. I disagree.

39. By selling $200 a day? I disagree. My product I have worked on and marketed for a full year before them so it might and does seem natural that I have more sales in my little corner of the world just due to selling it longer. We are in the hand-made world, or were on Etsy. It is unfair what they have done. Saying I am infringing goes against Fair Use laws.

40. I disagree. Who's calling names? I am not evil and do not have evil conduct.

41. We have no money to pay especially if we can't sell our invention.

Count Four: I deny these accusations. These have been discussed already.

43. I thought that before they showed me their patent app papers 2013, I think it was. I have emails confirming this when they finally showed me their proof. I have reason to believe this copying and is why I stated it in that facebook section that one time, and also to a few friends. I have much research and emails done with Arbonne in our early days when they (Peter Matravers) were considering using our concept. Nise Davies is also the one I told first and she spoke with Peter in person about this and he was very interested. I gave them (Arbonne) the idea of a cap with a handle on top with a lip shape stamped on—this was after our first idea called "Fancy Lips" with a provisional in 2011. We talked over skype about this and on many many emails in 2011 long before their (fullips) patent app was filed. Peter's secretary also mentioned this cap with the handle and suggested the lip shape drawn on top, and is why I wonder if she knows Mrs. Gomez and leaked the idea in 2011 since their (fullips) original

idea was a flat cap.  Furthermore, Mr. Matravers will not return my emails at all anymore.  He was very very kind at first and very helpful.

 I never saw anything anywhere  online about this type lip suction and have proof of asking Nise about this on emails and we searched online best I knew how and she did too.  We looked for a small tool or anything written about this idea.  We found nothing online or had not heard of anything; so proceeded.  I have copied no one and so their device came as a huge surprise when I saw a video on You tube late 2013. I do not discuss this theory of them copying us anymore, but might with friends, and this is not a theme of any of my pages.  It has never been on the website and if it is somewhere and I forgot; I can easily remove it.  Just give me a call or something like that. I am very understanding about other's needs.  No one knows this thought of mine but a few faithful followers and friends.  I don't share this idea at all except now with friends and my lawyer friend.  I do not post this on blogs or facebook posts at all.

44. I never did this. I am not this way at all.

45. This is not true.

46. This is not true. I have seen that the fullips enhancer IG account is lying to my customers that write them. I have proof (a copy of a convo) of them saying my patent app was rejected per theirs. This is untrue as it was a non-final action that I received in October giving me 6 months to have the claims written correctly. I have record of them saying their tools "don't break" on their website. Of course they don't break. Why say it? Am I upset? No.  If you have a good product that works you are not affected by competition.  They said in this email that their designs are all protected by their utility app. This is not true and my lawyer friend finally cleared that up for me last month and we are working on a design patent right now for our shapes and have the provisional filed.  They said I spread false statements in this email to my customer and my customer finally sent me a copy to be nice and help me see what was being said.

47. I do not agree and deny this accusation. They for sure will know everthing since they have proved they find a lot of stuff I say that's not even a post but rather a convo.  If I posted something on you tube comments under my videos or Kandee Johnson's video who reviewed pocket-size lip suction first on you tube; then I will have to be reminded and I will take it down if it is negative. I was defending myself at least once that I remember.  I will also check my videos when I can.  These folks may be jealous due to me selling this first and getting Kandee to do a video. She ordered my products in February and then chose on her own to review it (without even telling me specifically when she planned to do it or returning my email) 5 months later. Also grav3yardgirl did a huge video about it. Is this why the fullips crowd wants to shut me down? Too much advertisement for a piece of art that people love because it 's pretty and fashionable? It's so different than theirs so saying we are infringing is them controlling something they shouldn't. It is what works because people love them and want to use them over and over.  A facial fitness tool must be pretty and stylish for it to work due to consistency being the key.

Our family has worked for years, now married 20 years in April and having 8 children in 13 of those years, and now have found something we can make at home. If this company only knew how much this means to us to work together finally and raise the kids.  Why would someone want to shut us down and with these sneaky method of writing our online venues who we have been with two years?? And saying we are infringing just because we are competition and just because we have a good different product? Is it that they want to make us so broke that we can't finish our patents? Maybe they want our ideas for the future best of their company?  I have told two other girls to please make their own clay designs no problem if it helps their family. They are infringing on me but I am letting them. It's called Fair Use and helpful.

I deny these claims and have much proof in an inventor's notebook from Oct 2011 where I state every phone call and every  idea we had from who I told to what I thought for years. I have tons of emails and proof on Etsy and paypal, to checks paid to us from long ag of our sales and messages. I have a lot of people who love and are starting to trust our designs.  This has been a good business for us as we are artistic and we are designing many more molds every month.  I have proof from our prototype designers that these are all original works.

And this is my response, for my family,

Joanna Shepherd &

Andrew Shepherd

Susanna, Laura, Andy, Jim, Ruth, Will, Joey, Matt