| FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 6 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Case: Fullips LLC vs Liptiful, Joanna Shepherd

March 20, 2015

I ask the court to please hear my 2nd appeal:      CV-14-02500-PHX-JJT

These are responses best I know how to the email I received by the secretary of the Judge which I feel is a false statement, as well as a response to the tiresome letters and emails from the lawyers of Fullips company.

I feel my answers to the court sent many weeks ago as well as my recent appeal letter answer the questions that have been asked of me in various letters from Fullips lawyers; however here are some topics below that need to be further explained.

This paragraph below is to explain why I did not call the lawyer before a deadline given me of the 16th.

I had a full miscarriage at home the week of and on the 5th of March leading to blood loss that caused me to be need medical assistance in the Thomas Hospital ER. I was not able to keep up with the letters and emails from the lawyer, nor was I able to understand all their demands at this time stated nor in my first trimester of pregnancy. I have an email showing the lawyer was out of the office 6 full days during the time I was supposed to call him after my miscarriage. I do believe I could have answered his call before my miscarriage but not after as I was recovering from too much blood loss. He claims to not have our phone number which is on many of our online sites.

This paragraph answers an email sent to me by the secretary of the Judge. I did not state in my appeal, that she referred to in the email, that I wanted the court to dissolve my LLC. The wording was I "ask the court to approve the dissolve of our LLC", a question previously asked in the 3rd paragraph of the same appeal letter. Thank you for understanding this appeal and reading it and I apologize for the misunderstanding. We were trying to avoid a default of our LLC which is expensive and time consuming to even accomplish.

This paragraph below shows why I did not approve of the lawyer papers saying I agreed to things I didn't agree to.

I have an email where I told their lawyer that I request a Jury for our trial. Then I received a copy of a letter to the court saying I agreed to no jury. I am hereby requesting a jury for my trial. I want to be at our hearing as well as have others that know about our company to testify. I want to have the top Judge that is available to hear my case also.

Here is a non-complete list of what I have written or photographed proof of:

1. Fullips company using my trademark "Liptiful" since approx. November 2014 on Amazon.com to get sales and confuse customers, yet they deleted my personal

photos and convos with no warning on Instagram that had their trademark "fullips" as a tag only.
2. Emails from Facial Fitness expert Patricia Goroway from 2012-2013 showing she tried our tools and then suggested a problem with the small rim and puckering into a small hole. This research led to us changing to heavier tools and wider rims to prevent sucking or needing to pull the lips for our concept to work. I began teaching this online after those emails, and trying to help teens not use suction wrong. I deny the fullips claims that this teaching was to keep them from having sales, and I have proof of this.
3. I have all of our patent paperwork as proof showing our 2012 provisional patent application (filed two weeks after their utility application) about the facial exercise tool, Liptiful, is still active and attached to our Utility app and has a non-final action by the USPTO. Our action of re-writing the claims will be completed in a few weeks, which is in the USPTO time limit given in the paperwork we have.
4. Fullips Lip Enhancer Instagram account run by Linda Gomez told customers in private messages that my patent application was denied because of theirs. That is not true. I have that proof. They also told this customer that I was telling lies which is not true. I have a copy of their message.
5. Proof of numerous questions on Etsy due to the many listings removed with no warning to us at all.
6. No response to my email in November to please just call and negotiate instead of a law suit. After they did not reply I began explaining online why we were so distraught and also why we could not sell on Etsy anymore.
7. Copyright infringement of my information by Fullips company.
8. Proof of the fullips company showing customers the exact same thing they are suing me for. Now that girls are misusing the suction thing due to sucking and pulling of plastic caps and lids and glass bottles; their own advice now in written form on Instagram is basically don't use lightweight caps with small rims that can make marks. I have this proof.
9. Proof of my emails to Arbonne's development office in 2011 and to a VP with Arbonne who helped me with scheduling of and the set up a skype call to Arbonne to give our idea of suction caps for healthy lips. I did this due to needing a big company to help me make them as we had no funding or money ourselves. Proof of our original cap idea given in emails is very similar to Fullips first injection molds. The program director Peter Matravers even called me on the phone and stated in emails that our idea was discussed in marketing meetings and he would get back with me. He told the VP that also in a meeting they were in together and she told me this in an email. These talks with Arbonne were 7 or 8 months before Fullips did another Utility app for their flat cap just like my first drawing in 2011,and then did a CIP back to their abandoned patent app of 2009.
10. Proof of Fullips lawyer stating falsely to the court that I "did not respond" to the request by the court for a lawyer to represent our LLC. I did respond in the time given and have proof of who picked up my package which also contained samples of our product.

11. Proof of emails from Fullips customers writing us saying their red cap hurts their lips by allowing too much bruising due to sucking that is taught online, I suppose. The fullips company's first ever videos taught rapid pulling of the lips until the plumpness was achieved. I began telling our customers not to use ours that way. I knew this would go wrong and it has. Fullips now tries to teach only letting it sit which is what we taught all along. I have proof of all of these things. This is copyright infringement and then to turn around and sue us is unfair.
12. Proof of an Angela Gomez writing their lawyer back in excitement about our default. I was copied on the email accidentally.
13. Proof of many caps used all over the world for years and even more now that suction of lips has become popular. I have proof of people saying they have done suction with toys and caps for years. There are other homemade lip plumpers made of plastic for sale on Etsy also.
14. Proof that we came up with the heart design first and a suggestion after seeing their patent that their patent app and now issued patent was adjusted to add the heart which was our idea.
15. Proof that we switched from advising that a small cap be used for suction or facial toning, and we did so in 2013. We sold training caps on Etsy to "use a few times to get your lips used to suction" but advised not to use it a lot. They were approx. $2. We did that as we were finishing the development of our new clay tools for lips and facial fitness. We advised to buy the new clay tools soon as we could make them available as they would be safer and more effective.
16. Proof that they copied our use of the word "tools" for lip plumpers that help with facial and lip health. Proof in emails of the lady who gave the idea originally to me.
17. Proof of my idea for helping children with down syndrome and other lip area issues as well as bells palsy patients with facial fitness needs in their recovery stages. This proof is in videos on You Tube from 2012.
18. Proof of when we designed the clay tools and how that happened with prototype designers in Minnesota.
19. Proof of viral videos showing how to harmfully pull your lips out (with the fullips cap) to create fullness and fluid in the lips. These are shown to millions of followers by beauty accounts on instagram as well as their facebook pages I am sure. These accounts showing the popular videos have over a million followers each. (On the contrary; my comments on our post have about 10 comments from dedicated followers of liptiful and approx. 40 likes on ones where I talk about the law suit questions we receive.) Those videos show sometimes 4k comments and often 100k likes, and we have proof of these accounts. We also have proof of those particular bloggers (with lots of comments) saying things like they are friends with Fullips and say to their customers that we are selling something with paint that is toxic. They say no one should suck on paint. Where in reality we are selling a fired ceramic product where we use only non-toxic glaze.
20. We for sure teach no sucking and always have. We teach facial fitness which includes plumping lips which can not be excluded, and comes from healthy circulation to the lip area. You can not separate the two and the fullips folks cannot push their patent infringement claim on us just because my tool suctions

on the lips. Facial exercise is very important to many for various reasons other than just beauty. I have this proof.
21. I have proof of the advice I give in my instagram convos with ten people maybe that people should try both products, theirs and ours. I have proof that I do not trash their company or owners at all but show only what they have done due to them not wanting to explain their unfair bully-type actions. I suggest that their product now that they switched to wider rims could be used correctly but please do not pull and suck hard like shown in the viral videos. This action could hurt the jaw muscles and hurt the thin skin on the lips. I have this proof.

This proof listed above as well as any other proof I have left out; I will show in the courtroom if they do not drop this law suit and agree to never open a law suit against me nor my family nor my company again. I personally know Chief Justice Roy Moore in Alabama Supreme Court and I will ask him how to proceed if this unfair law suit is not thrown out. It has made my family very distraught for months and we are tired of it as well as the hurt to our sales due to lack of trust due to fullips lies to my customers and the shut down of years of work on Etsy.

USPTO law says nothing can be patented if it was ever used or thought of in the USA before. This concept of just sucking a cap and that's all, has been used for years long before Linda Gomez started thinking of it. This is an unfair patent infringement case to say the least. Their info online says " happy sucking". I say use caution and tone facial muscles with a very thought out tool that I have worked on since 2011. Then out of the blue I am controlled by a patent lawyer following orders from a jealous company when I am only selling my invention. I ask the court to see this and dismiss this case and allow our family business to continue.

Thank you for reading our request.

Sincerely,
Joanna and Andy Shepherd and children
Susanna (19) Laura (17) Andy Jr (16) James (15) Ruth Anne (13) William (10) Joseph (8) Matthan (7)