NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fullips LLC, | No. CV-14-02500-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Liptiful LLC, *et al.*, | |
| Defendants. | |

At issue are Defendants' Application for Withdrawal and Substitution of Counsel (Doc. 37) and Motion to Set Aside Default and to Deny Plaintiff's Motion for Entry of Injunction by Default (Doc. 38).

The Court will deny the Application for Withdrawal and Substitution of Counsel filed by attorneys Timothy W. Overton, of Gallagher & Kennedy P.A., and Wendy K. Akbar, of Venjuris, P.C., for failure to comply with the Local Rules. Specifically, Local Rule 83.3(b) provides, "No attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application <u>setting forth the reasons therefor together with the name, last known residence and last known telephone number of the client</u>." (Emphasis added.) No justification for change of counsel and no client contact information was provided in the Application.

The Court also notes that, to date, Defendants have already delayed this matter on several occasions by failing to meaningfully participate in case management efforts and in the process of their eventual engagement of counsel, who they now intend to replace.

1  The Court is therefore mindful of the case schedule and advises Defendants that it will
2  not continue the dates provided in the Scheduling Order (Doc. 34) absent a showing of
3  exceptional circumstances.

4       Local Rule 83.3(a) also provides that "no attorney shall appear in any action or file
5  anything in any action without first appearing as counsel of record," and "there must be a
6  formal substitution or association of counsel before any attorney, who is not an attorney
7  of record, may appear." The Court has not entered an Order permitting Ms. Akbar to
8  appear on behalf of Defendants, so any filing by her is premature at this point.
9  Accordingly, the Court will strike Defendants' Motion to Set Aside Default and to Deny
10  Plaintiff's Motion for Entry of Injunction by Default (Doc. 38), which was filed by Ms.
11  Akbar.

12       IT IS THEREFORE ORDERED denying Defendants' Application for Withdrawal
13  and Substitution of Counsel (Doc. 37) without prejudice.

14       IT IS FURTHER ORDERED striking Defendants' Motion to Set Aside Default
15  and to Deny Plaintiff's Motion for Entry of Injunction by Default (Doc. 38).

16       Dated this 19th day of June, 2015.

Honorable John J. Tuchi
United States District Judge